DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 APRIL 2014

| 092P14 | State v. Gregory Austin Griffin | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 | Dismissed |
|---|---|---|---|
| 101P14 | LexisNexis Risk Data Management Inc., a Florida Corporation, and LexisNexis Risk Solutions Inc., a Georgia Corporation v. N.C. A.O.C. | 1. Defs' (N.C. Administrative Office of the Courts and John W. Smith, II) Motion for Temporary Stay (COA13-547)<br><br>2. Defs' (N.C. Administrative Office of the Courts and John W. Smith, II) Petition for *Writ of Supersedeas*<br><br>3. Defs' (N.C. Administrative Office of the Courts and John W. Smith, II) PDR Under N.C.G.S. § 7A-31 | 1. Allowed **03/27/2014**<br><br>2.<br><br>3. |
| 102P14 | State v. Hoard McLeod | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied **03/27/2014** |
| 104P11-6 | State v. Titus Batts | Def's *Pro Se* Motion to Dismiss for Improper Pleading | Dismissed |
| 106P14 | State v. Saquan Devel Hussey | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-1014)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 107P14 | State v. Thomas Keith Sutton | 1. Def's Motion for Temporary Stay (COA13-841)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's NOA Based Upon a Constitutional Question<br><br>4. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **03/31/2014**<br><br>2.<br><br>3.<br><br>4. |
| 114P14 | State v. Michael Rashawn Crowder | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **04/07/2014**<br><br>2.<br><br>3. |